**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
3470 Twelfth Street, Riverside, CA - Eastern Division
<u>CIVIL MINUTES - GENERAL</u>

O

(✓)JS-6 (CLOSE)

Case No.    ED CV 08-00503-SGL(JCRx)

Title:    RIVERSIDE COUNTY DEPARTMENT OF MENTAL HEALTH -v- ANTHONY SULLIVAN and MONICA VALENTINE

**RELATED ACTIONS**                                              Date:   September 15, 2008

EDCV 08-00511-SGL-JCR-✓
Monica Valentine v. Riverside Unified School District et al

EDCV 08-00512-SGL-JCR
Riverside Unified School District v. Anthony Sullivan et al
=================================================================
PRESIDING:    HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
| --- | --- |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Geoffrey R. Winterowd                                 Heather McGunigle
                                                                       Shawna L. Parks


PROCEEDINGS:   (1)   ORDER CONSOLIDATING CASES
                            (2)   ORDER SETTING BRIEFING SCHEDULE AND HEARING

   The Court ORDERS the within case under EDCV 08-00503, is consolidated with the above-referenced higher number cases under EDCV 08-00511-SGL AND EDCV 08-00512-SGL;

   Further, the higher numbered cases are administratively CLOSED, **any future filings with respect to these higher numbered cases shall be made under the lower number case EDCV 08-00503-SGL, and shall include all three case captions and identify which case such filings pertains.**

   A briefing schedule on the administrative record is ordered as follows:

| MINUTES FORM 90 | | Initials of Deputy Clerk: jh |
| --- | --- | --- |
| CIVIL -- GEN | Page 1 | Time: 0/07 |

The administrative record shall be filed by October 15, 2008;

Opening briefs are due filed by October 29, 2008;

Reply briefs are due filed by November 12, 2008;

A hearing on the administrative record and briefing of counsel is set for November 24, 2008, at 1:00 p.m.

IT IS SO ORDERED.